**FILED**

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

Leonard I. Howard
4810 7th Street, N.E.
Washington, DC  20017
(202) 635-0762

**VS.**                                              CIVIL ACTION NO. (            )

Adrian M. Fenty, Mayor
For the District of Columbia
Office of Mayor
John Wilson Building
1350 Pennsylvania Ave, N.W.
Washington, DC 20004

Natwar M. Gandhi, Chief Financial Officer (CFO)
For the District of Columbia
Office of the Chief Financial Officer
John Wilson Building
1350 Pennsylvania Ave, N.W.
Washington, DC 20004

Morris Winn, Director of Office of Manage and Administration
For the District of Columbia
Office of the Chief Financial Officer
941 North Capitol Street, N.E., Suite 1200
Washington, D.C. 20002

Barbara Jumper, Duty CFO
Office of the Chief Financial Officer
Department of Administrative Services/OFRM
Government of the District of Columbia
441 4th Street N.W., Suite, 890 North
Washington DC 20001

Mohamed Mohamed, Director of Finance
Office of the Chief Financial Officer
Office of Finance and Resource Management
Government of the District of Columbia
441 4th Street N.W., Suite, 890 North
Washington DC 20001

Case: 1:07-cv-01291
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/19/2007
Description: Employ. Discrim

JURY
ACTION

1

Robert Jose, Budget Officer
Office of the Chief Financial Officer
Office of Finance and Resource Management
Government of the District of Columbia
441 4th Street N.W., Suite, 890 North
Washington DC 20001

## COMPLAINT

The plaintiff, Leonard I. Howard by and through one self of record, for his Complaint

against Defendant alleges as follow:

I, Leonard I. Howard reside at 4810 7th Street, N.E., Washington, DC 20017. Plaintiff is

a citizen of the United States of America, a former employee and civil servant of the

District of Columbia Government, Department of Administrative Services, and Office of

the Chief Financial Officer. Plaintiff is an individual under the laws of the District of

Columbia, having its principal place of business in Washington, DC, and defendant is a

government agency (entity) having its principal place of business in the Providence of the

District of Columbia.

In 1986, I began employment for the above named Respondent and recently held the

position of Financial Manager. In June 2004, the Respondent placed me on Leave

Without Pay (LWOP), due to an on the job injury that I incurred in April 2004. On

December 6, 2004, Respondent sent me a letter stating that it had been determined that I

had abandoned my position. On December 10, 2004, I responded and requested the

Respondent find a suitable position for me "in light of my current physical disabilities

and medical conditions." Respondent did not accommodate me and required that I

submit a medical status update, every three to four months. I did comply with this

request until January 9, 2006, when I received Respondent's letter requesting information

if I intended to return to work and the status of my medical condition by January 25,

2006, or I would be terminated. On January 24, 2006, I faxed to the Director of Human

Resources, Morris X. Winn, medical documentation and positive affirmation requesting a

return to active duty status and request for reasonable accommodation to enable me to

return to work in a light duty status. In February 2006, I spoke with Mr. Winn to confirm

receipt of faxed medical documents and was told he couldn't see any position that I could

perform based on my medical restrictions. On March 29, 2006, I received

Respondent's letter dated March 13, 2006, informing me that I was terminated effective

March 13, 2006. Respondent did not explore reasonable accommodations nor was I

considered for any comparable positions.


I believe that I was discriminated against because of my age, race, gender and disabilities

and denied reasonable accommodation, in violation of the Americans with Disabilities

Act of 1990.

The Charges I am filing against the District government is in compliance of Code of

Federal Regulations Title 29, Volume 4, 29 CFR 1603.102. The complaints also falls

under Title I, that apply to federal sector employees under section 501 of the

Rehabilitation Act, whereby an employer is required to make a reasonable

accommodation to the known disability of a qualified employee if it would not impose an

"undue hardship" on the operations of the employer's business. Undue hardship is

defined as an action requiring significant difficulty or expense when considered in light

of factors such as an employer's size, financial resources, and the nature and structure of its operation. Title IV. Title V contains miscellaneous provisions which apply to EEOC's enforcement of Title I the Civil Rights Act of 1991 (Pub. L. 102-166) (CRA) which amends sections 101(4), 102 and 509 of the ADA. Section 1977 (42 U.S.C. 1981) to provide for the recovery of compensatory and punitive damages in cases of intentional violations of Title VII, the Americans with Disabilities Act of 1990, and Title VII under the Americans with Disabilities Act.

Due to my age, race gender and disability, Mr. Morris Winn, Director of Human Resources, enforced a termination under the Direction of CFO Office of Management and Administration for the government of the District of Columbia. Under the aforementioned, I was notified of the discontinuous of my Employment on March 13, 2006 and furthermore that precluded me from any further Employment under the Office of the Chief Financial Officer forever.

CFO also cited that as an at-will employee, under the CFO can be terminated at any time with or without cause and the OCFO is not required to have a justification or make any reasonable accommodations or other wise to assist to overcome the constraints of any health condition at work. No matter how minimal or small the request. The OCFO has ruled under an "At-the-Pleasure of" type policy with respect to disability, age and race discrimination and the like. After OCFO group meeting, Respondent changed his focus from plaintiff returning to work and moved to seize opportunity to terminate the plaintiff.

A written appeal was filed within 10 days on Tuesday, April 11, 2006. The appeal was subsequently declined by Paul Lundquist, Director, Office of Management and Administration. No other administrative course of actions or remedies to challenge my termination was given to me under the District Government regulations. The DC Office of Human has no power under the OCFO and the OCFO has no Human Rights component to independently investigate discriminatory acts under the OCFO.

All DC Government job applications for other positions under the CFO have not been processed since my receiving the termination notice. I have submitted at least 15 or more, some at the citywide job fair in August of 2006, placed directly into Mr. Morris Winn's hand for other job opportunities under the authority of the OCFO. I have not received any responses to date. My education and skill are in the Financial Category and Accounting discipline, other Financial Managers have wanted to hire me but the OCFO has effectively bared me from working in my trained expertise. In addition, I have been bared from the District Government period. After 20 years of District Government service, all of my rights have been revoked under Chief Financial Officer (CFO).

An Equal Employment Opportunity Commission (EEOC) Complaint was filed April 4, 2006. On April 18 2007 EEOC granted me the permission to sue.

**WHEREFORE, Plaintiff hereby respectfully requests that this Court enter its order as follows:**

1.  Restoration of job in the District government;

2.  Paid back pay from the date of the infraction;

3.  Restoration of leave that would have accrued;

4.  Paralegal and Attorney fees and sundry fees associated to file

    and process complaint;

5.  Award judgment against Defendant in the amount of Ten Million Dollars

    ($10,000,000) plus costs, interest, and legal services fees.  Other damages to be

    determined by the court;

6.  Grant the Plaintiff a trial by jury on all issues of fact;

7.  Grant the Plaintiff such other and further relief as is just and equitable.


*Leonard I. Howard*

Leonard I. Howard
4810 7th Street, N.E.
Washington, DC 20017
(202) 635-0762
301 996-9458 (CELL)

6

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Leonard I. Howard
4810 7th Street, N.E.
Washington, DC 20017

From: Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2006-00819 | Elaine M. McArthur, Investigator | (813) 202-7924 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Sabrina Parnes_

for **Manuel Zurita, Director**

4/18/2007
(Date Mailed)

Enclosure(s)

cc: Daryl Anne Miller
Associate General Counsel
DC OFFICE OF CHIEF FINANCIAL OFFICER
1350 Pennsylvania Avenue N.W., Suite 200
Washington, DC 20004

07 1291

FILED

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually the appropriate

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
TIMBERLAKE FEDERAL BUILDING ANNEX
501 E. POLK STREET, 10TH FLOOR
TAMPA, FLORIDA 33602

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7005 1160 0001 4160 0635

7005 1160 0001 4160 0635

Mr. LEONARD HOWARD
4810 7th Street, N.E.
Washington, DC 20017

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** LEONARD HOWARD
4810 7TH ST NE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _USA_
(EXCEPT IN U.S. PLAINTIFF CASES)    11001

WASHINGTON, DC 20017

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
4810 7TH ST NE
WASH DC 20017

**DEFENDANTS** DC. GOVERNMENT, ADRIAN FENTY
OFFICE OF MAYOR
1350 PENN AVE N.W, WASH DC 20004
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _USA_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-01291
Assigned To: Kollar-Kotelly, Colleen
Assign. Date: 7/19/2007
Description: Employ. Discrim

**JURY ACTION**

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**A. Antitrust**
- [ ] 410 Antitrust

**B. Personal Injury/Malpractice**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

**C. Administrative Agency Review**
- [ ] 151 Medicare Act

**Social Security:**
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

**D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## E. General Civil (Other) OR   F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food &Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

42 USC 2000 EMPLOYMENT DISCRIMINATION TITLE I, II, IV, V, VII, CIVIL RIGHTS, TITLE 29 CFR 1603.102

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $**  Check YES only if demanded in complaint  **JURY DEMAND** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 7/19/07  SIGNATURE OF ATTORNEY OF RECORD  *Samuel Stone*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed *only* if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



RECEIVED
JUL 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

N:\forms\js-44.wpd