**FILED**

NOV 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEONARD I. HOWARD,

    Plaintiff,

    v.

ADRIAN M. FENTY, *et al.*,

    Defendants.

Civil Action No. 07-1291 (CKK)

**ORDER**
(November 19, 2007)

On November 1, 2007, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Plaintiff that he must respond to Defendant's Motion to Dismiss no later than December 19, 2007. If Plaintiff does not respond, the Court shall treat the Motion as conceded and dismiss Plaintiff's Complaint. Furthermore, the Clerk of the Court shall mail a copy of this Order to Plaintiff at the following address: Leonard I. Howard, 4810 7th St. NE, Washington D.C., 20017.

    **SO ORDERED**.

                      /s/
                 COLLEEN KOLLAR-KOTELLY
                 United States District Judge